No. 12–8857. DESADIER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 12–8858. COVIELLO *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–8861. SYPHER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 12–8865. JINGLES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 12–8867. BELL *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 12–8868. BARAHONA *v.* UNITED STATES; and
No. 12–8961. PACHECO-LICONA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Reported below: 494 Fed. Appx. 354.

No. 12–8870. ANDERSON *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 12–8878. PRATT *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 12–8880. GARCIA CISNEROS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–8883. WETMORE *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. 

No. 12–8895. HERNANDEZ *v.* HOLDER, ATTORNEY GENERAL, ET AL. C. A. 5th Cir. Certiorari denied. 

No. 12–8897. FIGUEROA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 12–8901. JONES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 12–8903. STOCKMAN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 12–8907. STEPHENS ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.